# Court of Appeals
# of the State of Georgia

ATLANTA,  April 24, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1414.  TAMAROFF v. CUPERTINO, et al.**

This is a direct appeal from a final judgment for $3,240.32 in an action for damages.  Under OCGA § 5-6-35 (a) (6), appeal from such a judgment for less than $10,000 requires compliance with the discretionary appeal procedures.  *City of Brunswick v. Todd*, 255 Ga. 448, 448 (339 SE2d 589) (1986).  For that reason, this direct appeal is dismissed for lack of jurisdiction.  *Pathfinder Payment Solutions v. Global Payments Direct*, 344 Ga. App. 490, 490-491 (810 SE2d 653) (2018).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/24/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*